ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Vectrus Systems Corporation | ) | ASBCA No. 63471-ADR |
| | ) | |
| Under Contract No. FA3002-17-C-0001 | ) | |

APPEARANCES FOR THE APPELLANT:   Joseph G. Martinez, Esq.
   Mikaela E. Colvin, Esq.
   Natalie M. Seelig, Esq.
      Dentons US LLP
      Denver, CO

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
      Deputy Chief Trial Attorney
   Christopher J. Hilborn, Esq.
   Sanique J. Balan, Esq.
      Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,600,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 21, 2026

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_Michael N. O'Connell_                      _David D'Alessandris_
MICHAEL N. O'CONNELL                        DAVID D'ALESSANDRIS
Administrative Judge                        Administrative Judge
Vice Chairman                               Acting Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63471-ADR, Appeal of Vectrus Systems Corporation, rendered in conformance with the Board's Charter.

Dated:  April 21, 2026


_Paulla K. Gates-Lewis_
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals